Larry Lockshin (SBN 61926)
LARRY LOCKSHIN, ESQ.
A LAW CORPORATION
555 University Avenue, Suite 200
Sacramento, CA  95825
Telephone: (916) 649-3777
Facsimile: (916) 649-3779
Email: LockshinLawCorp@aol.com

Attorneys for Plaintiff
DAVID HART

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HART,<br><br>　　　　Plaintiff,<br><br>　v.<br>RENT-A-CENTER, INC., and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | No.  2:08-CV-02211 JAM GGH |

**ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT**

1

1  Pursuant to the Stipulation of the parties through their respective attorneys requesting that
2  this Court grant leave to allow Plaintiff to file his First Amended Complaint attached as Exhibit
3  A to the Stipulation.
4  **IT IS HEREBY ORDERED** that the Plaintiff be and is granted leave to file the First
5  Amended Complaint..

7  Dated: 10/1/2008

9  /s/ John A. Mendez
   HON. JOHN A. MENDEZ
10 UNITED STATES DISTRICT COURT

# PROOF OF SERVICE

*Hart v. Rent-A-Center, Inc.*
*United States District Court Eastern District of California Case No. 2:08-CV-02211 JAM GGH*

I, Betty Henkle, declare:

I am over eighteen years of age, employed in the City of and County of Sacramento, and not a party to the within action. My business address is Larry Lockshin, Esq., A Law Corporation, 555 University Avenue, Suite 200, Sacramento, California 95825.

On September 19, 2008, I served the foregoing **ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT** on the following party(ies) to this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| Barbara A. Blackburn | Attorneys for Defendants |
| Littler Mendelson | Rent-A-Center, Inc. |
| A Professional Corporation | Telephone: (916) 830-7200 |
| 2520 Venture Oaks Way, Suite 390 | Facsimile: (916) 561-0828 |
| Sacramento, CA 95833 | |

[x]  (BY MAIL) I caused such envelope with first class postage thereon fully prepaid to be placed in the United States mail at Sacramento, California. I am familiar with my company's practice whereby the mail, after being placed in a designated area, is given the appropriate postage and deposited in a U.S. mail box in Sacramento, California, in the ordinary course of business.

[ ]  (BY FACSIMILE & MAIL) I personally sent to the addressee's telecopier number (stated above) a true copy of the above-described documents. On the same date, I caused a true copy to be placed in the United States mail, with first class postage thereon fully prepaid, at Sacramento, California.

I declare under penalties of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 19th Day of September 2008 at Sacramento, California.

_____
Betty Henkle